IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ISMAEL QUINTERO, JR.,                              No. 6:13-cv-01739-PK

        Plaintiff,                              ORDER

    v.

KATIE A. SUVER,

        Defendant.

Ismael Quintero, Jr.
1164 Madison Street N.E.
Salem, OR 97301

    Pro Se Plaintiff

Michael R. Washington
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301

    Attorney for Defendant

/ / /

1 - ORDER

HERNÁNDEZ, District Judge:

Magistrate Judge Papak issued a Findings and Recommendation [38] on September 22, 2014, in which he recommends that the Court grant Defendant's motion for summary judgment [31] and dismiss the case with prejudice. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court adopts Magistrate Judge Papak's Findings and Recommendation [38]. Accordingly, Defendant's motion for summary judgment [31] is granted and this case is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 15 day of Oct, 2014.

MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER